[No. 23925-2-I. Division One. July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KIRIAKOS CHRISTODOULOU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-05173-5, Peter K. Steere, J., entered

April 10, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Winsor and Forrest, JJ.